IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DORMECO M. CRAWFORD,**

    **Plaintiff,**

**v.**                                                 **Case No. 1:15cv266-MW/GRJ**

**XTREME GREEN TEAM, INC.,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** for Plaintiff's failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on March 21, 2016.**

                                                    <u>s/Mark E. Walker</u>_____
                                                    **United States District Judge**